TO: JAMES J. WALDRON, CLERK
U.S. BANKRUPTCY COURT          CASE NO.:   09-35475/JHW
Mary Shashaty                           DEBTOR:     FRIEDLAND, GRANT E
Deputy Clerk                                                FRIEDLAND, RACHEL L.
                                                      CITY:          CAMDEN, NJ

## INFORMATION FOR NOTICE OF ABANDONMENT

Douglas S. Stanger, Trustee, has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the Trustee no later than (date fixed by the Clerk).

In the event an objection is timely filed, a hearing thereon will be held on (date and location to be filed by the Court).

If no objection is filed with the Clerk and served upon the Trustee on or before (above date), the abandonment will take effect on (date fixed by Clerk).

The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF PROPERTY TO BE ABANDONED | FAIR MARKET VALUE OF PROPERTY | LIENS ON PROPERTY | AMOUNT OF EQUITY EXEMPT BY DEBTOR |
|---|---|---|---|
| 148 West Avenue Ocean City, NJ | $320,000 | $285,841 Countrywide | $34,159 |

Requests for additional information about the property to be abandoned should be directed to:

Douglas S. Stanger, Esquire
646 Ocean Heights Avenue
Linwood, NJ 08221

SUBMITTED BY:  /S/ DOUGLAS S. STANGER    Position: Trustee    Phone: 609-645-1881
Douglas S. Stanger, Esq.

FOR CLERK'S USE ONLY:
Type of Task: _ll_
Form # _BL_  Statement _ABL_  Location #____ Special Group
Task Meeting Date__/__/__ Time_____ A/P/N