# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:   09−35463−JHW
Chapter:   7
Judge:   Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rita F. Wolf
   80 Centennial Drive
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−3808

Employer's Tax I.D. No.:

---

## NOTICE OF PROPOSED ABANDONMENT

   Douglas S. Stanger, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
   If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than November 30, 2009.
   In the event an objection is timely filed, a hearing will be held before the Honorable Judith H. Wizmur on

DATE:                           December 7, 2009
TIME:                           10:00 A.M.
COURTROOM:              4B

   If no objection is filed with the Clerk and served upon the Trustee on or before November 30, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

---

The description of the property to be abandoned is as follows:
80 Centennial Drive, Hammonton, NJ
Fair Market Value: $300,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Bank of America − $265,000.00

The amount of equity claimed as exempt by the debtor is:
$17,178.00

---

   Request for additional information about the property to be abandoned should be directed to the Trustee at:
Douglas S. Stanger
Flaster/Greenberg
646 Ocean Heights Avenue

Linwood, NJ 08221
(609) 645−1881

      or the trustee's attorney (if applicable) at:

Dated: November 10, 2009
JJW:

                                                      James J. Waldron
                                                      Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: amangano              Page 1 of 1               Date Rcvd: Nov 10, 2009
Case: 09-35463                Form ID: 154                Total Noticed: 17

The following entities were noticed by first class mail on Nov 12, 2009.
db           +Rita F. Wolf,    80 Centennial Drive,    Hammonton, NJ 08037-2116
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
510057657     American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
510057660    +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
510057659     Bank Of America,    PO Box 15026,    Wilmington, DE 19850-5026
510057658     Bank Of America,    PO Box 5170,    Simi Valley, CA 93062-5170
510057661     Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
510057662     Chase Account Inquiries,    PO Box 15298,    Wilmington, DE 19850-5298
510057663     Chase Cardmember Services,    PO Box 15548,    Wilmington, DE 19886-5548
510057664     Citi Cards Customer Service,    PO Box 6241,    Sioux Falls, SD 57117-6241
510057665     Home Depot CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
510057666     Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
510057667     Kessler Memorial Hospital,    2 Broad Street,    Bloomfield, NJ 07003-2574
510057668     Macy DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
510057670    +Toyota Financial Services,    PO Box 371399,    Pittsburgh, PA 15250-7399

The following entities were noticed by electronic transmission on Nov 10, 2009.
510057669     E-mail/Text: ext_ebn_inbox@navyfederal.org                          Navy Federal Credit Union,
               PO Box 3501,    Meriifield, VA 22119-3500
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 12, 2009**                    **Signature:**    _Joseph Speetjens_