B18 (Official Form 18) (12/07)

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:   09−35463−JHW
Chapter:   7
Judge:   Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rita F. Wolf
   80 Centennial Drive
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−3808

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                BY THE COURT

Dated: January 8, 2010                                          Judith H. Wizmur
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0312-1            User: admin                  Page 1 of 1                  Date Rcvd: Jan 08, 2010
Case: 09-35463                  Form ID: b18                 Total Noticed: 18

The following entities were noticed by first class mail on Jan 10, 2010.
db           +Rita F. Wolf,    80 Centennial Drive,    Hammonton, NJ 08037-2116
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
510057660    +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
510057658     Bank Of America,    PO Box 5170,    Simi Valley, CA 93062-5170
510057664     Citi Cards Customer Service,    PO Box 6241,    Sioux Falls, SD 57117-6241
510057665     Home Depot CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
510057666     Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
510057667     Kessler Memorial Hospital,    2 Broad Street,    Bloomfield, NJ 07003-2574
510057668     Macy DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
510057670    +Toyota Financial Services,    PO Box 371399,    Pittsburgh, PA 15250-7399

The following entities were noticed by electronic transmission on Jan 08, 2010.
510057657     EDI: AMEREXPR.COM Jan 08 2010 17:33:00      American Express,    PO Box 297879,
               Ft. Lauderdale, FL 33329-7879
510057660    +EDI: BANKAMER2.COM Jan 08 2010 17:38:00      Bank Of America,    PO Box 17054,
               Wilmington, DE 19850-7054
510057659     EDI: BANKAMER.COM Jan 08 2010 17:33:00      Bank Of America,    PO Box 15026,
               Wilmington, DE 19850-5026
510057661     EDI: CAPITALONE.COM Jan 08 2010 17:33:00      Capital One Bank,    PO Box 30281,
               Salt Lake City, UT 84130-0281
510057662     EDI: CHASE.COM Jan 08 2010 17:38:00      Chase Account Inquiries,    PO Box 15298,
               Wilmington, DE 19850-5298
510057663     EDI: CHASE.COM Jan 08 2010 17:38:00      Chase Cardmember Services,    PO Box 15548,
               Wilmington, DE 19886-5548
510057669     E-mail/Text: ext_ebn_inbox@navyfederal.org                           Navy Federal Credit Union,
               PO Box 3501,    Meriifield, VA 22119-3500
510215501     EDI: RECOVERYCORP.COM Jan 08 2010 17:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2010**                      **Signature:**    *Joseph Speetjens*